IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **THOMAS E. SCHERER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) No. 05-2288-CM |
| | ) |
| **WASHBURN UNIVERSITY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

This case comes before the court on plaintiff's *pro se* Motion to Dismiss Michael J. Gunter (Doc. 110) and plaintiff counsel's Motion to Withdraw as Attorney (Doc. 111). Based on these filings, the court finds that the termination of the relationship between plaintiff and his counsel is appropriate and grants plaintiff counsel's Motion to Withdraw as Attorney (Doc. 111).

**IT IS THEREFORE ORDERED** that plaintiff counsel's Motion to Withdraw as Attorney (Doc. 111) is granted.

**IT IS FURTHER ORDERED** that plaintiff's *pro se* Motion to Dismiss Michael J. Gunter (Doc. 110) is denied as moot.

Dated this 20th day of November 2007, at Kansas City, Kansas.

**s/ Carlos Murguia**
**CARLOS MURGUIA**
**United States District Judge**